IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BUSHROD JACKSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 23-626 |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 20th day of July, 2023, it is hereby ORDERED that Claimant's Request for Review is DENIED, and it is FURTHER ORDERED that JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____

SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE